# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Valerie Tuggle v. Kraft Foods Global, Inc.

Case Number: FILED: JULY 21, 2008  
08 cv 4118  
JUDGE ZAGEL  
MAGISTRATE JUDGE NOLAN  
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| Field | Value |
|---|---|
| NAME (Type or print) | Edward T. Stein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Edward T. Stein |
| FIRM | Law Offices of Edward T. Stein |
| STREET ADDRESS | 200 S. Michigan Ave., Suite 1240 |
| CITY/STATE/ZIP | Chicago IL, 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 2716046 |
| TELEPHONE NUMBER | 312.786.0200 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES [✓]   NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES [ ]   NO [✓]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES [✓]   NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES [✓]   NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [✓]   APPOINTED COUNSEL [ ]