

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Valerie Tuggle

CASE NUMBER: 08 CV 4118

V.

ASSIGNED JUDGE: JUDGE ZAGEL

Kraft Foods Global, Inc.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Kraft Foods Gobal, Inc.
c/o C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward T. Stein
Law Offices of Edward T. Stein
200 S. Michigan Ave., Suite 1240
Chicago IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Jacqueline Williamson*

(By) DEPUTY CLERK

July 21, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me [1] | DATE 7/25/08 |
|---|---|
| NAME OF SERVER (PRINT) Benjamin Nesvig | TITLE Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Registered Agent, CT Corporation System, 208 S. LaSalle St, Suite 814, Chicago IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ~~Registered Agent, CT Corporation System, 208 S. LaSalle St, Suite 814~~

☐ Returned unexecuted:

☐ Other (specify):

FILED
AUG 05 2008 TC
Aug 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/25/08
Date

Signature of Server

Address of Server: 200 S. Michigan, Suite 1240, Chicago IL 60604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.